Banco Comercial de Puerto Rico, demandante y apelado, *v.* Bautista Arguinzonis y Vicente Rivera, demandados y apelantes.

No 3661.—*Visto:* Enero 26, 1926. *Resuelto:* Abril 6, 1926.

1. Apelación y Error—Resolución y Disposición del Caso—Confirmación—Caso no Meritorio. — Cuando un examen de las cuestiones planteadas en apelación indica que se trata de un caso no meritorio, procede confirmar la sentencia apelada.

2. Letras y Pagarés (*Bills and Notes*)—Acciones—Defensas — Obligados no Beneficiados.—No es defensa a una acción en cobro de un pagaré del que aparece la responsabilidad solidaria de los demandados el que ellos no fueran los beneficiarios del préstamo y sí un tercero.

Sentencia *de Gabriel Castejón,* J. (Guayama), condenando a los demandados, a pagar cierta cantidad de dinero, con intereses, y costas, sin honorarios de abogado. *Confirmada.*

*M. Guzmán Texidor,* abogado de los apelantes; *Miguel Marcos Morales,* abogado del apelado.

El Juez Asociado Señor Franco Soto, emitió la opinión del tribunal.

[1, 2] Los apelantes aunque hacen un señalamiento de

errores, éstos no se discuten separadamente, como exige la regla 43 del Reglamento de esta corte. Y la misma argumentación es de tal modo insuficiente que el señalamiento puede considerarse solamente como una mera referencia a los errores. Esto sería bastante para desestimar el recurso. Un examen, sin embargo, de las cuestiones así planteadas indica además que no es un caso meritorio. La acción es en cobro de un pagaré del que aparece la responsabilidad solidaria de los demandados. El documento se copia en la demanda y su autenticidad no fué negada. La alegación esencial de los apelantes consiste en que ellos no fueron los beneficiarios del préstamo y sí un tercero y se ha resuelto más de una vez que ésa no es una defensa. *Cintrón & Aboy* v. *Solá*, 22 D.P.R. 262; *Crédito y Ahorro Ponceño* v. *Beiró et al.*, 32 D.P.R. 817. Véase Manresa, tomo 8, páginas 677–78.

*Debe confirmarse la sentencia apelada.*